# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP DUNN,<br><br>        Plaintiff,<br><br>    v.<br><br>A. SCHWARZENEGGER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00368-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Docs. 1 and 6) |

      Plaintiff Phillip Dunn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 14, 2008. On September 19, 2008, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///
///
///

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, without prejudice, based on Plaintiff's failure to state any claims upon
3  which relief may be granted under section 1983.
4
5  IT IS SO ORDERED.
6  **Dated:    November 20, 2008**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE